IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

WILLIAM OSBORN AND
SHIRLENA OSBORN                                                         PLAINTIFFS

VS.                                                    CIVIL ACTION NO. 2:08CV223-M-S

L & T TRANSPORTATION, INC. AND
ROBERT JONES                                                            DEFENDANTS

## AGREED ORDER ALLOWING DEPOSITION
## PRIOR TO CASE MANAGEMENT CONFERENCE

THIS CAUSE comes before the Court upon the motion *ore tenus* of the defendants for permission to take the videotaped, trial deposition of Russell Hutchins prior to the Case Management Conference scheduled for January 21, 2009. Upon due consideration, and the Court being advised that Mr. Hutchins is moving to Tulsa, Oklahoma, on December 29, 2008, and the Court having found that the plaintiffs have no objection, the Court finds that the Motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED that the defendants are hereby authorized to take the videotaped, trial deposition of Russell Hutchins prior to the January 21, 2009 Case Management Conference.

This, the 18th day of December, 2008.

/s/David A. Sanders
UNITED STATES MAGISTRATE JUDGE

AGREED TO:

/s/ Michael W. Darby, Jr.
Michael W. Darby, Jr., Esq.
Attorney for Plaintiffs

/s/Mitchell O. Driskell, III
Mitchell O. Driskell, III, Esq.
Attorney for Defendants

Prepared by:

MITCHELL O. DRISKELL - BAR # 100079
mdriskell@danielcoker.com
DANIEL COKER HORTON AND BELL, P.A.
265 NORTH LAMAR BOULEVARD, SUITE R
POST OFFICE BOX 1396
OXFORD, MISSISSIPPI 38655-1396
TELEPHONE: (662) 232-8979
FACSIMILE: (662) 232-8940