IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

WILLIAM OSBORN and
SHIRLENA OSBORN

VS.                                        CIVIL ACTION NO. 2:08CV223-MPM-DAS

L&T TRANSPORTATION, INC. and
ROBERT JONES

## ORDER

This matter is before the court on motion of FirstComp Insurance Company to intervene in the present action. FirstComp provided compensation insurance to H&C Transport, William Osborn's employer and has thus far paid benefits totaling $155,326.61. FirstComp contends that should the plaintiffs prevail in the present action, it would be entitled to reimbursement of costs paid to the plaintiffs. Consequently, FirstComp is concerned that its interests may be affected by the present litigation, and thus, it wishes to intervene pursuant to Rule 24 of the Federal Rules of Civil Procedure. There is no objection to the present motion, and after considering it, the court finds it to be well taken.

IT IS THEREFORE ORDERED that FirstComp Insurance Company's motion to intervene is hereby GRANTED. The intervening complaint attached to the motion will be deemed filed as of the date of entry of this order.

SO ORDERED, this the 8th day of January 2009.

/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE